[No. 38749-9-I.   Division One.   February 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. HENRY
MING-WAH GRANTHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-1-01786-4, Kathryn E. Trumbull, J.,
entered May 14, 1996. *Affirmed* by unpublished per curiam
opinion.

[Nos. 38756-1-I; 39861-0-I.   Division One.   February 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO
DONJUAN AARON, *Appellant*.

*In the Matter of the Personal Restraint of* ANTONIO
DONJUAN AARON, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 93-1-06069-2, William L. Downing, J., entered
May 3, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39123-2-I.   Division One.   February 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. FLOYD KELLY,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-00718-4, Ann Schindler, J., entered July
31, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 39490-8-I.   Division One.   February 17, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. HARMINDER
GREWAL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 96-1-01709-1, Patricia H. Aitken, J., entered
October 7, 1996. *Affirmed in part* and *reversed in part* by
unpublished opinion per Becker, J., concurred in by
Kennedy, A.C.J., and Cox, J.